```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)
                    "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"

            Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/20/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability

            Origin: (2) Removed from State Court
            Demand: 9999
        Filing fee: Paid $150.00 on 12/20/04 receipt # 00124738
          Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1          KENSINGER, PHILLIP ALLEN         Phillip Paul Weidner
                                                  Weidner & Associates Inc
                                                  330 L Street, Suite 200
                                                  Anchorage, AK 99501
                                                  907-276-1200
                                                  FAX 907-278-6571

DEF 1.1          E.I. DU PONT DE NEMOURS & CO     John M. Conway
                                                  Atkinson Conway et al
                                                  420 L Street, Suite 500
                                                  Anchorage, AK 99501
                                                  907-276-1700

                                                  John B. Thorsness
                                                  Clapp Peterson & Stowers
                                                  711 H Street, Suite 620
                                                  Anchorage, AK 99501
                                                  907-272-9272
                                                  FAX 907-272-9586

DEF 2.1      [T] E.I. DU PONT DE NEMOURS &  CO    No counsel found for this party!

DEF 3.1      [T] E.I. DU PONT DE NEMOURS & CO     No counsel found for this party!

DEF 4.1      [T] E.I. DU PONT DE NEMOURS &  CO    No counsel found for this party!

DEF 5.1          REMINGTON ARMS CO INC ("REMINGTON John M. Conway
                 I")                              (see above)

                                                  John B. Thorsness
                                                  (see above)

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0291--CV (RRB)
          "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"

      Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 6.1 | [T] REMINGTON ARMS CO INC ("REMINGTON I") | No counsel found for this party! |
| DEF 7.1 | [T] REMINGTON ARMS CO INC ("REMINGTON I") | No counsel found for this party! |
| DEF 8.1 | [T] REMINGTON ARMS CO INC ("REMINGTON I") | No counsel found for this party! |
| DEF 9.1 | REMINGTON ARMS CO INC ("REMINGTON II") | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 10.1 | [T] REMINGTON ARMS CO INC ("REMINGTON II") | No counsel found for this party! |
| DEF 11.1 | [T] REMINGTON ARMS CO INC ("REMINGTON II") | No counsel found for this party! |
| DEF 12.1 | [T] REMINGTON ARMS CO INC ("REMINGTON II") | No counsel found for this party! |
| DEF 13.1 | REMINGTON ARMS CO INC ET AL ("REMINGTON III-X") | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 14.1 | [T] REMINGTON ARMS CO INC ET AL ("REMINGTON III-X") | No counsel found for this party! |
| DEF 15.1 | [T] REMINGTON ARMS CO INC ET AL ("REMINGTON III-X") | No counsel found for this party! |
| DEF 16.1 | [T] REMINGTON ARMS CO INC ET AL ("REMINGTON III-X") | No counsel found for this party! |
| DEF 17.1 | RACI ACQUISITIONS CORP | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 18.1 | [T] RACI ACQUISITIONS CORP | No counsel found for this party! |
| DEF 19.1 | [T] RACI ACQUISITIONS CORP | No counsel found for this party! |
| DEF 20.1 | [T] RACI ACQUISITIONS CORP | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0291--CV (RRB)
       "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"
```
Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 21.1 | RACI HOLDING INC | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 22.1 | [T] RACI HOLDING INC | No counsel found for this party! |
| DEF 23.1 | [T] RACI HOLDING INC | No counsel found for this party! |
| DEF 24.1 | [T] RACI HOLDING INC | No counsel found for this party! |
| DEF 25.1 | C&D FUND IV | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 26.1 | [T] C&D FUND IV | No counsel found for this party! |
| DEF 27.1 | [T] C&D FUND IV | No counsel found for this party! |
| DEF 28.1 | [T] C&D FUND IV | No counsel found for this party! |
| DEF 29.1 | CLAYTON & DUBILER ASSOCIATES IV LIMITED PARTNERSHIP | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 30.1 | [T] CLAYTON & DUBILER ASSOCIATES IV LIMITED PARTNERSHIP | No counsel found for this party! |
| DEF 31.1 | [T] CLAYTON & DUBILER ASSOCIATES IV LIMITED PARTNERSHIP | No counsel found for this party! |
| DEF 32.1 | [T] CLAYTON & DUBILER ASSOCIATES IV LIMITED PARTNERSHIP | No counsel found for this party! |
| DEF 33.1 | CLAYTON DUBILER & RICE INC | John M. Conway (see above) |
| | | John B. Thorsness (see above) |
| DEF 34.1 | [T] CLAYTON DUBILER & RICE INC | No counsel found for this party! |
| DEF 35.1 | [T] CLAYTON DUBILER & RICE INC | No counsel found for this party! |
| DEF 36.1 | [T] CLAYTON DUBILER & RICE INC | No counsel found for this party! |

```
┌──────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│            CIVIL DOCKET PARTY INFORMATION FOR CASE A04-0291--CV (RRB)    │
│                 "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"          │
├──────────────────────────────────────────────────────────────────────────┤
│             Including terminated parties, excluding terminated counsel   │
└──────────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                                    Counsel of Record:

| | | |
|---|---|---|
| DEF 37.1 | BRUCKMANN ROSER SHERRILL & CO LLC | John B. Thorsness (see above) |
| DEF 38.1 | BRUCKMANN ROSER SHERRILL & CO  LLC | John B. Thorsness (see above) |
| DEF 39.1 | BRUCKMANN ROSER SHERRILL & CO LLC | John B. Thorsness (see above) |
| DEF 40.1 | BRUCKMANN ROSER SHERRILL & CO  LLC | John B. Thorsness (see above) |
| DEF 41.1 | [T] AMES, B. CHARLES | No counsel found for this party! |
| DEF 42.1 | [T] BARBE, WILLIAM A. | No counsel found for this party! |
| DEF 43.1 | [T] BRENEGAN, RICKEY | No counsel found for this party! |
| DEF 44.1 | [T] BROWN, BOBBY R. | No counsel found for this party! |
| DEF 45.1 | [T] CRIBIORE, ALBERTO | No counsel found for this party! |
| DEF 46.1 | [T] DUEMLING, LOUISA C. | No counsel found for this party! |
| DEF 47.1 | [T] GOGEL, DONALD J. | No counsel found for this party! |
| DEF 48.1 | [T] HENDRIX, LEONARD J. JR. | No counsel found for this party! |
| DEF 49.1 | [T] HECKERT, RICHARD E. | No counsel found for this party! |
| DEF 50.1 | [T] HOLLIDAY, CHARLES O. JR. | No counsel found for this party! |
| DEF 51.1 | [T] HOWE, HUBBARD C. | No counsel found for this party! |
| DEF 52.1 | [T] MILLNER, THOMAS L. | No counsel found for this party! |
| DEF 53.1 | [T] PEARSON, ANDRALL E. | No counsel found for this party! |
| DEF 54.1 | [T] REILLY, WILLIAM K. | No counsel found for this party! |
| DEF 55.1 | [T] RICE, JOSEPH L. III | No counsel found for this party! |
| DEF 56.1 | [T] SHARP, H. RODNEY III | No counsel found for this party! |
| DEF 57.1 | [T] VEST, CHARLES M. | No counsel found for this party! |
| DEF 58.1 | [T] WOOLARD, EDGAR S. | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)
                         "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"

                                        For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 12/20/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (1) Citizen of This State
     DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

    Nature of Suit: (365) Personal injury - product liability

            Origin: (2) Removed from State Court
            Demand: 9999
        Filing fee: Paid $150.00 on 12/20/04 receipt # 00124738
          Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 12/20/04 | DEF 1; 5; 9; 13; 17; 21; 25; 29 Notice of Removal from Superior Court for State of Alaska District of Kenai case no. 3KN-04-612CI w/att exhs. (exhs located in expando file) |
| 1 - 2 | 12/20/04 | PLF 1 Jury Demand. |
| 2 - 1 | 12/22/04 | RRB Minute Order to Petitioner Subsequent to Removal. Petitioners to file w/i 10 days copies of state court docs and svc list. |
| 3 - 1 | 12/28/04 | DEF 5; 9; 13; 17 Jury Demand. |
| 4 - 1 | 12/28/04 | DEF 21 Jury Demand. |
| 5 - 1 | 12/28/04 | DEF 25 Jury Demand. |
| 6 - 1 | 12/28/04 | DEF 29 Jury Demand. |
| 7 - 1 | 12/28/04 | DEF 1 Jury Demand. |
| 8 - 1 | 12/28/04 | DEF 1 Answer to Complaint. |
| 9 - 1 | 12/28/04 | DEF 5; 9; 13; 17 Answer to Complaint |
| 10 - 1 | 12/28/04 | DEF 21 Answer to Complaint. |
| 11 - 1 | 12/28/04 | DEF 25 Answer to Complaint. |
| 12 - 1 | 12/28/04 | DEF 29 Answer to Complaint. |
| 13 - 1 | 01/13/05 | DEF 1; 5; 9; 13; 17; 21; 25; 29 Notice of compliance. |
| 14 - 1 | 01/13/05 | DEF 1; 5; 9; 13; 17; 21; 25; 29 Service List. |
| 15 - 1 | 01/21/05 | PLF 1 motion to accept of filing of cable lock. |
| 16 - 1 | 01/21/05 | PLF 1 motion to remand. |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)
"PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"

For all filing dates

```
Document #   Filed      Docket text

   17 -  1   02/08/05   PLF 1 Stipulation for extension of time until 2/10/05 for defendant's to
                        file an oppo to plf's motion to remand.

   17 -  2   02/09/05   Order granting stipulation for extension of time until 2/10/05 for
                        defendants to file oppo to plf's mot for remand (17-1). cc: cnsl

   18 -  1   02/10/05   DEF 1; 5; 9; 13; 17; 21; 25; 29 opposition to PLF 1 motion to remand
                        (16-1).

   19 -  1   02/11/05   PLF 1 motion for further extension of time of 60 days to perfect service
                        of process on defendants w/att exhs.

   20 -  1   02/14/05   RRB Order denying without prejudice motion to accept of filing of cable
                        lock (15-1). cc: cnsl

   21 -  1   02/23/05   PLF 1 reply to opposition to PLF 1 motion to remand (16-1).

   22 -  1   03/02/05   RRB Order granting motion for further extension of time of 60 days to
                        perfect service of process (19-1).   cc: cnsl

   23 -  1   03/07/05   DEF 33 Jury Demand.

   24 -  1   03/07/05   DEF 33 Answer to Complaint.

   25 -  1   04/04/05   DEF 1; 5; 9; 13; 17; 21; 25; 29; 33 Supplement opposition re: PLF 1
                        motion to remand (16-1).

   26 -  1   04/14/05   RRB Order denying motion to remand (16-1). cc: cnsl

 NOTE -  1   04/19/05   Issued: summons re: DEF 43.

   27 -  1   04/22/05   PLF 1 motion to accept overlength motion for reconsideration.

   28 -  1   04/25/05   RRB Order granting motion to accept overlength motion for
                        reconsideration (27-1).   cc: cnsl

   29 -  1   04/25/05   PLF 1 motion for reconsideration of alternate request for FRCP 54(b)
                        final judgment and/or 28:1292(b) certification.

   30 -  1   04/26/05   RRB Order def's have until COB 5/13/05 to file a response to plf's
                        motion for reconsideration, after which the court will take the matter
                        under advisement.  cc: cnsl

   31 -  1   04/26/05   DEF 37-40 Answer to Complaint.

   32 -  1   04/26/05   PLF 1 Errata re: PLF 1 motion for reconsideration of alternate request
                        for FRCP 54(b) final judgment and/or 28:1292(b) certification (29-1).

   33 -  1   04/26/05   DEF 37-40 Jury Demand.

   34 -  1   05/13/05   DEF 1; 5; 9; 13; 17; 21; 25; 29; 33; 37-40 opposition to PLF 1 motion
                        for reconsideration of alternate request for FRCP 54(b) final judgment
                        and/or 28:1292(b) certification (29-1).

   35 -  1   05/16/05   PLF 1 motion for further extension of time (60 days) to perfect service
                        of process on defendants.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)
                   "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"

                                  For all filing dates
```

```
 Document #    Filed     Docket text

     36 -    1 05/18/05  RRB Order granting motion for further extension of time (60 days) to
                         perfect service of process (35-1).  cc: cnsl

     37 -    1 05/25/05  RRB Minute Order denying mot for reconsideration of alternate req for
                         FRCP 54(b) final judg (29-1). cc: cnsl

     38 -    1 05/27/05  PLF 1 Return of Service Executed re: DEF 43 on 5/21/05.

     39 -    1 06/01/05  PLF 1 Amended Certificate of service re: notice of filing return of
                         service as to DEF 43.

   NOTE -    2 07/01/05  Issued: summons on DEFs 41, 42, 44-58.

     40 -    1 07/07/05  DEF 43 motion to dismiss.

     41 -    1 07/07/05  DEF 43 Attorney Appearance of D. Quinn.

     42 -    1 07/11/05  DEF 41; 44-58 motion to dismiss for lack of jurisdiction w/att affs &
                         exhs.

     43 -    1 07/11/05  PLF 1 motion for further extension for an additional 60 days to perfect
                         service of process on defendants.

     44 -    1 07/13/05  RRB Order granting motion for further extension for an additional 60
                         days to perfect service of defendants (43-1).  cc: cnsl

     45 -    1 07/13/05  DEF 1; 5; 9; 13; 17; 21; 25; 29; 33; 37-40 Supplement re: DEF 1; 5; 9;
                         13; 17; 21; 25; 29; 33; 37-40 motion to dismiss for lack of jurisdiction
                         (42-1) w/att affs.

     46 -    1 07/22/05  PLF 1 motion for extension of time to oppose defendants' motion to
                         dismiss for lack of jurisdiction for 30 days.

     47 -    1 07/22/05  PLF 1 opposition to DEF 43 motion to dismiss (40-1).

     48 -    1 07/29/05  DEF 43 reply to opposition to DEF 43 motion to dismiss (40-1).

     49 -    1 08/02/05  RRB Order granting motion to dismiss (40-1).  cc: cnsl

     50 -    1 08/09/05  DEF 43 motion for rule 54(b) final judgment.

     51 -    1 08/24/05  RRB Minute Order granting motion for extension of time (30 days) to
                         oppose defendants' motion to dismiss for lack (46-1).  cc: cnsl

     52 -    1 08/30/05  PLF 1 Aff of cnsl re: svc of summons:  DEF 42 (deceased); DEF 43
                         (obtained sj) & waiver of svc of summons re: DEFs 44-58 on 6/13/05.

     53 -    1 08/31/05  STRICKEN PER DKT 54 - RRB Minute Order re pltf to require an answer or
                         apply for default re D41,44-58 due w/in 20 days. cc: cnsl

     54 -    1 09/07/05  RRB Minute Order re MO issued 8/31/05 doc 53-1 is STRICKEN. cc: cnsl

     55 -    1 09/07/05  RRB Minute Order re pltf to file proofs of services re
                         D2-4,6-8,10-12,14-16,18-20,22-24,26-28,30-32 due 9/19/05. cc: cnsl

     56 -    1 09/14/05  RRB Order granting motion for rule 54(b) final judgment (50-1).  CC:
                         CNSL
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)
                        "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"
```

                                  For all filing dates

```
Document #    Filed     Docket text
```

| | | | |
|---|---|---|---|
| 57 - | 1 | 09/15/05 | RRB Judgment is entered in favor of defendant Rickey Brenegan against plaintiff. Plaintiff take nothing, and that the action be dismissed on the merits. cc: cnsl, O&J 11870 |
| 58 - | 1 | 09/23/05 | DEF 43 motion for attorney's fees w/att aff & exhs. |
| 59 - | 1 | 09/30/05 | RRB Minute Order case is dismissed without prejudice for failure to make service as to defendants: D2,D3,D4,D6,D7,D8,D10,D11,D12,D14,D15,D16, D18,D19,D20,D22,D23,D24,D26,D27,D28,D30,D31,D32,D34,D35,D36. CC: CNSL |
| 60 - | 1 | 10/05/05 | PLF 1 appeal to 9CCA of (57-1) filed 09/15/05. cc:cnsl, Judge Beistline, 9CCA |
| NOTE - | 3 | 10/06/05 | Transmittal: Forwarded notice of appeal (60-1) to 9CCA. |
| 61 - | 1 | 10/06/05 | Cy 9CCA Certificate of Record. (60-1) cc: cnsl, Judge Beistline, 9CCA (original) |
| 62 - | 1 | 10/06/05 | (RESCINDED PER MINUTE ORDER AT DKT 69) RRB Order granting motion to dismiss for lack of jurisdiction (42-1). The individual defendant B.C. Ames, B.R. Brown, A Cribiore, L.C. Duemling, D.J. Gogel, R.E. Heckert, Leon J. Hendrix, Jr., C.O. Holliday, Jr., H. C. Howe, T.L. Millner, A.E. Pearson, W.K. Reilly, J.L. Rice III, H. R. Sharp III, C. M. Vest & E. S. Woolard are dismissed with prejudice. cc: cnsl |
| 63 - | 1 | 10/06/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 64 - | 1 | 10/07/05 | (RESCINDED PER MINUTE ORDER AT DKT 69) RRB Judgment the the individual defendants, DEFS 41-58 are dismissed with prejudice. cc: cnsl, O&J 11886 |
| 65 - | 1 | 10/17/05 | DEF 41-42; 44-58 motion for rule 54(b) final judgment. |
| 66 - | 1 | 10/17/05 | PLF 1 (for relief from order) motion for reconsideration and request to file opposition to defendants' motion to dismiss for lack of jurisdiction. |
| 67 - | 1 | 10/18/05 | RRB Minute Order the motion at dkt 66 will be treated as a motion for relief from order. The court will rule on plf's motion after the normal course of motion practice has been completed. cc: cnsl |
| 68 - | 1 | 10/20/05 | DEF 1; 5; 9; 13; 17; 21; 25; 29; 33; 37-40 non-opposition to PLF 1 (for relief from order) motion for reconsideration and request to file opposition to defendants' motion to dismiss for lack of jurisdiction (66-1). |
| 69 - | 1 | 10/25/05 | RRB Minute Order granting motion (for relief from order) for reconsideration and request to file opposition (66-1). The order at dkt 62 and the judgment at dkt 64 are RESCINDED. Plf's oppo to defendant's motion to dismiss is due by 10/27/05. cc: cnsl |
| 70 - | 1 | 10/26/05 | RRB Order granting motion for attorney's fees (58-1) in the amt of $1,651.30. cc: cnsl |
| 71 - | 1 | 10/27/05 | PLF 1 preliminary opposition to DEF 41; 44-58 motion to dismiss for lack of jurisdiction (42-1). |

```
┌─────────────────────────────────────────────────────────────────────────────┐
│            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA          │
│                CIVIL DOCKET ENTRIES FOR CASE A04-0291--CV (RRB)             │
│                 "PHILLIP A. KENSINGER V E.I. DU PONT DE NEMOUR"             │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #    Filed      Docket text
──────────    ─────      ───────────

   72 -   1   11/03/05   PLF 1; DEF 1; 5; 9; 13; 17; 21; 25; 29; 33; 37-40 Scheduling & Planning
                         Conference Report.

   73 -   1   11/04/05   DEF 1; 5; 9; 13; 17; 21; 25; 29; 33; 37; 41-58 Stipulation for extension
                         of time until 11/10/05 for filing reply to plf's oppo to motion to
                         dismiss for lack of personal jurisdiction.

 NOTE -   4   11/07/05   Notation: Docket #74 NOT USED.

   73 -   2   11/07/05   RRB Order granting stipulation for extension of time until 11/10/05 for
                         filing reply to plf's oppo to defs' mot to dismiss for lack of personal
                         jurisdiction (73-1).   cc: cnsl

   75 -   1   11/07/05   Cy 9CCA Time Schedule Order. (60-1) cc:cnsl, Judge Beistline

   76 -   1   11/10/05   DEF 5; 9; 13; 37-42; 44-58 reply to opposition to DEF 41; 44-58 motion
                         to dismiss for lack of jurisdiction (42-1).

   77 -   1   11/14/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 12/15/06; Dispositive motions deadline 01/15/07; Estimate of
                         trial 15 days. cc: cnsl

   78 -   1   11/29/05   RRB Minute Order granting motion to dismiss for lack of jurisdiction
                         (42-1), motion for rule 54(b) final judgment (65-1).   cc: cnsl

   79 -   1   11/30/05   RRB Judgment That the individual defendants, B. Charles Ames, Bobby R.
                         Brown, Alberto Cribiore, Louisa C. Duemling, Donald J. Gogel, Richard E.
                         Heckert, Leon J. Hendrix, Jr., Charles O. Holliday, Jr., Hubbard C.
                         Howe, Thomas L. Millner, Andrall E, Pearson, William K. Reilly, Joseph
                         L. Rice III, H. Rodney Sharp III, Charles M. Vest, and Edgar S. Woolard
                         are DISMISSED WITH PREJUDICE.  cc: cnsl, O&J 11909
```