**EXHIBITS TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

**TABLE OF CONTENTS**

Exhibit A     Letter from Dale Wills to Phillip Weidner, dated December 28, 2005

Exhibit B     Letter from Phillip Weidner to Dale Wills, dated January 11, 2006

Exhibit C     Letter from Dale Wills to Michael Cohn, dated January 27, 2006

Exhibit D     Protective Order [proposed]

Exhibit E     Plaintiff's First Set of Interrogatories to Remington Arms Company

Exhibit F     Plaintiff's First Set of Requests for Production to Remington Arms Company